MCGREGOR W. SCOTT
United States Attorney

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATALANTA CORPORATION, a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RESTITUTO Q. DUMAG; M. NELSON ENMARK, Chapter 12 Trustee; UNITED STATES OF AMERICA; and, DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Civil No. 99-2419 DFL PAN<br><br>**STIPULATION AND ORDER FOR DISBURSEMENT OF REGISTRY FUNDS** |

　　　Pursuant to Rule 67-150(g) of the Local Rules of the United States District Court for the Eastern District of California, the remaining parties in this action, Atalanta Corporation ("Atalanta") and the United States of America ("United States"), hereby stipulate and submit a joint request for order directing the disbursement of registry funds in this interpleader case. Atalanta and the United States jointly request that the Court direct the Clerk to equally disburse the registry funds in this action by disbursing 50% of the funds to Atalanta Corporation and the remaining 50% of the funds to the United States.

　　　Wherefore the parties stipulate and request that the Clerk be directed to equally disburse all registry funds deposited in this case, with interest accrued thereon, by disbursing 50% to

Atalanta Corporation, by check made payable to "Atalanta Corporation c/o William E. Robinson, Esq." mailed to William E. Robinson, Best Best & Krieger LLP, 400 Capitol Mall, Suite 1650, Sacramento, California 95814 and by disbursing the remaining 50% to the United States of America, by check made payable to the "United States Treasury" mailed to Jeremy N. Hendon, Tax Division, United States Department of Justice, P.O. Box 683, Washington D.C. 20044.

Respectfully submitted this _____ day of November, 2005.

By:  /s/ William E. Robinson
WILLIAM E. ROBINSON
Best Best & Krieger LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
(916) 325-4000

Respectfully submitted this _____ day of November, 2005.

MCGREGOR W. SCOTT
United States Attorney

By:  /s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
(202) 353-2466

IT IS SO ORDERED.

Dated: 11/28/2005               /s/ David F. Levi
DAVID F. LEVI, Chief Judge
United States District Court

STIPULATION AND ORDER
FOR DISBURSEMENT
OF REGISTRY FUNDS

2